# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 30, 2010

No. 09-50761
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE LUIS GONZALEZ-GONZALEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:08-CR-607-1

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Jose Luis Gonzalez-Gonzalez appeals from the sentence imposed for his guilty plea conviction for being an alien found in the United States after having been previously removed. Gonzalez argues that the imposed sentence is unreasonable because the district court failed to provide an adequate explanation for the sentence and because it was greater than necessary.

Our review of the transcript shows that the district court's explanation supporting the imposed sentence was adequate. *See Rita v. United States*, 551

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 338, 351 (2007). Moreover, Gonzalez has failed to overcome the presumption of reasonableness afforded to his within-guidelines sentence. *See United States v. Alonzo*, 435 F.3d 551, 554 (5th Cir. 2006).

The district court's judgment is AFFIRMED.